

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0469-19

### Ex parte NATHAN SANDERS, Appellant

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE SEVENTH COURT OF APPEALS
### LUBBOCK COUNTY

**KELLER, P.J., filed a dissenting opinion in which KEEL, J., joined.**

For the reasons discussed in my dissent in *Barton v. State*, ___ S.W.3d ____, No. PD-1123-19 (Tex. Crim. App. March 30, 2022), I strongly disagree with the Court's conclusion that the electronic-communications statute can be upheld on the basis that it does not proscribe speech. Because a great number of applications of the statute will be to speech, the remaining question is whether the statute punishes a substantial amount of protected speech in relation to its legitimate sweep. Because the Court does not answer that question, I will say here only that the breadth of the statute convinces me that the answer is "yes."

I respectfully dissent.

Filed: April 6, 2022

Publish